UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Mortgage Foreclosure Cases ) Misc. No. 11-mc-88-M-LDA

## REQUEST TO DISBURSE
## ESCROWED USE & OCCUPANCY FUNDS

Each of the following plaintiffs recently dismissed their case voluntarily. In each case, there has been no legal claim of entitlement to the Use & Occupancy funds by defendants. Therefore, consistent with the Court's global order of June 25, 2014 (ECF 2343, pp 4-5), the Special Master requests permission to disburse the Use & Occupancy funds to the Plaintiffs, in the amounts referenced and from the subaccounts in which they are now held.

Pursuant to the Text Order of the Court, dated May 29, 2014, the Special Master has deducted sufficient funds to satisfy outstanding retainer invoices where appropriate, as indicated below.

**CA 10-481**   **Aceto et al v. American Brokers Conduit et al**
All Use and Occupancy payments held in escrow (which currently total $13,760) shall be disbursed to the plaintiffs, Emilio Aceto and Valerie Aceto [payment to be made to Mindy Montecalvo, as attorney for Emilio Aceto and Valerie Aceto].

1

CA 11-307   **Dumouchelle v. Equity Concepts, Inc. et al**
All Use and Occupancy payments held in escrow (which currently total $16,480) shall be disbursed to the plaintiff, Mark Dumouchelle [payment to be made to Mindy Montecalvo, as attorney for Mark Dumouchelle].

CA 11-414   **Bilodeau et al v. Bank of America, N.A. et al**
All Use and Occupancy payments held in escrow (which currently total $4,800) shall be disbursed to the plaintiffs, James Bilodeau and Tina Bilodeau [payment to be made to Mindy Montecalvo, as attorney for James Bilodeau and Tina Bilodeau].

CA 11-458   **Ammerman v. Mortgage Electronic Registration Systems, Inc. et al**
All Use and Occupancy payments held in escrow (which currently total $8,160) shall be disbursed to the plaintiff, Bruce Ammerman [payment to be made to Mindy Montecalvo, as attorney for Bruce Ammeran].

CA 12-082   **LaSalle v. Bank of America, NA**
All Use and Occupancy payments held in escrow (which currently total $8,580) shall be disbursed to the plaintiff, James LaSalle [payment to be made to Mindy Montecalvo, as attorney for James LaSalle].

CA 12-390   **Soares et al v. Federal National Mortgage Association**
All Use and Occupancy payments held in escrow (which currently total $1,470) shall be disbursed as follows: (1) the sum of $110 to the Fee Billing Escrow Fund, as payment for the plaintiffs' outstanding retainer invoice; and (2) the sum of $1,360 to the plaintiffs, Manuel Soares and Silvinia Soares [payment to be made to Keven McKenna, as attorney for Manuel Soares and Silvinia Soares].

CA 12-569   **Trevera et al v. Mortgage Electronic Registration Systems, Inc. et al**
All Use and Occupancy payments held in escrow (which currently total $5,700) shall be disbursed to the plaintiffs, Daniel Trevera and Aida Trevera [payment to be made to Mindy Montecalvo, as attorney for Daniel Trevera and Aida Trevera].

CA 12-764   **Sagoe v. PNC Bank, NA**
All Use and Occupancy payments held in escrow (which currently total $1,440) shall be disbursed to the plaintiff, Ekow Sagoe [payment to be made to Keven McKenna, as attorney for Ekow Sagoe].

CA 12-839   **Urbina et al v. Mortgage Electronic Registration Systems, Inc. et al**
All Use and Occupancy payments held in escrow (which currently total $2,640) shall be disbursed to the plaintiffs, Carlos Urbina and Silvia Batres [payment to be made to Todd Dion, as attorney for Carlos Urbina and Silvia Batres.

CA 12-852   **Romero v. Deutsche Bank National Trust Company et al**
All Use and Occupancy payments held in escrow (which currently total $4,240) shall be disbursed as follows: (1) the sum of $390 to the Fee Billing Escrow Fund, as payment for the outstanding retainer invoices owed by Guillermo Romero (currently $250) and Homeward Residential, Inc (currently $140); and (2) the sum of $3,850 to Guillermo Romero [payment to be made to John Ennis, as attorney for Guillermo Romero].

CA 12-856   **Turco et al v. Deutsche National Bank et al**
All Use and Occupancy payments held in escrow (which currently total $5,040) shall be disbursed to the plaintiffs, Eugene Turco and Nancy Turco [payment to be made to Keven McKenna, as attorney for Eugene Turco and Nancy Turco].

CA 13-249    **Almonte v. Nationstar Mortgage, LLC et al**

All Use and Occupancy payments held in escrow (which currently total $1,590) shall be disbursed to the plaintiff, Pedro Almonte [payment to be made to John Ennis, as attorney for Pedro Almonte].

CA 13-275    **Rivera et al v. Federal National Mortgage Association et al**

All Use and Occupancy payments held in escrow (which currently total $710) shall be disbursed as follows: (1) the sum of $30 to the Fee Billing Escrow Fund, as payment for the remainder plaintiffs' outstanding retainer invoice; and (2) the sum of $680 to the plaintiffs, Carlos Rivera and Jose Rivera [payment to be made to Todd Dion, as attorney for Carlos Rivera and Jose Rivera]

CA 13-309    **Baez v. Bank of America, N.A.**

All Use and Occupancy payments held in escrow (which currently total $470) shall be disbursed as follows: (1) the sum of $390 to the Fee Billing Escrow Fund, as payment for the plaintiff's outstanding retainer invoices; and (2) the sum of $80 to Fransisco Baez [payment to be made to John Ennis, as attorney for Fransisco Baez].

Respectfully submitted,

_____    7/16/2014
Barbara Hurst                Date
Deputy Special Master

5